# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jerry Ybarra,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>American National Property & Casualty Co; and Does 1 through V and Roe Corporations I through V, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-1127-JAD-CWH<br><br>**Remand Order** |

For the reasons stated on the record by the Court at today's hearing, the Court exercises its discretion to decline to entertain this lawsuit under the *Brillhart* doctrine. *See, e.g.*, *Brillhart v. Excess Ins. Co. of Am.*, 316 U.S. 491 (1942); *GEICO v. Dizol*, 133 F.3d 1220 (9th Cir. 1998); *R.R. Street & Co., Inc. v. Transport Ins. Co.*, 656 F.3d 966 (9th Cir. 2011); *Huth v. Hartford Ins. Co. of the Midwest*, 298 F.3d 800 (9th Cir. 2002).

IT IS HEREBY ORDERED that this case is remanded to back to the Eighth Judicial District Court (Case No. A-13-682260-C). The Court does not reach the merits of the pending cross motions for summary judgment and denies both (Docs. 18, 19) as moot in light of remand.

DATED: July 11, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE